IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAIME BACA GRANADO, A# 241-821-409                    PETITIONER

v.                                    CIVIL NO. 5:26-cv-270-DCB-RPM

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT                                          RESPONDENT

<u>ORDER REQUIRING PETITIONER TO RESPOND</u>

This matter is before the Court on pro se Petitioner Jaime Baca Granado's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Petitioner is an

immigration detainee currently housed at the Adams County Correctional Center in

Natchez, Mississippi.  Petitioner paid the filing fee.

The proper Respondent is the "person having custody over the person detained."

28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present

physical custody within the United States, he should name his warden as respondent and

file the petition in the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 428

(2004).  "[T]he proper respondent is the warden of the facility where the [petitioner] is

being held, not the Attorney General or some other remote supervisory official."  *Id*. at 435.

The Court directs Petitioner to name a proper Respondent and provide other necessary

information.

**IT IS THEREFORE ORDERED** that on or before April 29, 2026, Petitioner shall

file a written response to:

(a)  name a proper Respondent for this Petition, *i.e.*, the warden of the facility where

Petitioner is being held;

(b)  state the date Petitioner was taken into immigration custody;

(c)  state if an order of removal has entered and if so, state the date of the removal order;  and

(d)  state the country of Petitioner's birth.

**IT IS FURTHER ORDERED** that the Court warns Petitioner that his failure to timely comply with this Order or any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 8th day of April, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE